WR-82,996-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/16/2015 9:57:41 AM
Accepted 6/16/2015 10:40:23 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
6/16/2015
ABEL ACOSTA, CLERK

| | |
|---|---|
| **EX PARTE** | § |
| | § |
| | §　　**NO. WR-82,996-02** |
| | § |
| **CLINTON JAMES GRASSER** | § |

### APPLICANT'S MOTION TO WITHDRAW
### APPLICATION FOR WRIT OF HABEAS CORPUS

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES**, the Applicant, CLINTON JAMES GRASSER, and submits this Motion to Withdraw Application for Writ of Habeas Corpus. Applicant has decided not to pursue this writ application.

Respectfully submitted,

　　/s/ Gary A. Udashen
GARY A. UDASHEN
Bar Card No. 20369590

SORRELS UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214/468-8100
214/468-8104 fax

Attorney for Applicant

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2015, a true and correct copy of the above and foregoing Applicant's Motion to Withdraw Application for Writ of Habeas Corpus were electronically delivered to the Dallas County District Attorney's Office.

/s/ Gary A. Udashen
GARY A. UDASHEN